**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**INTER-PAC, INC**                                                                                         **PLAINTIFF**

**v.**                                                 **3:05CV00258-WRW**

**CRYSTAL HENSLEY, DORIS HENSLEY**
**and RHONDA SANDERS**                                                                          **DEFENDANTS**

## ORDER

This is an Interpleader action filed by Plaintiff because of conflicting claims to funds from an ERISA pension plan. Defendant Doris Hensley filed an answer to the Complaint (Doc. No. 8). Defendants Rhonda Sanders and Crystal Hensley executed Waivers of Service (Doc. Nos. 5 and 6). By Order (Doc. No. 14), Plaintiff was allowed to deposit the Plan benefits (approximately $8,988.05) in to the registry of the Court on April 20, 2004.

Pending is Defendant Doris Hensley's Motion for Default Judgment (Doc. No. 16) and Summary Judgment (Doc. No. 15) against fellow Defendants Crystal Hensley and Rhonda Sanders. Defendants Hensley and Sanders have not responded. Defendant Doris Hensley's motions are GRANTED. The Clerk of the Court is directed to disburse the funds to Doris Hensley.

IT IS SO ORDERED this 22nd day of August, 2006.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE