**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**INTER-PAC, INC**                                                                    **PLAINTIFF**


**v.**                                              **3:05CV00258-WRW**


**CRYSTAL HENSLEY, DORIS HENSLEY
and RHONDA SANDERS**                                            **DEFENDANTS**

<u>**JUDGMENT**</u>

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that Plaintiff's claim be DISMISSED WITH PREJUDICE.

DATED this 22nd day of August, 2006.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE